**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

REYES DIAZ SANTOS and ANGELICA
MIRANDA MATEO, *individually and on behalf of*
*others similarly situated,*

Civil Action No. 25-CV-02596 (JPO)

                                          Plaintiffs,                    **JUDGMENT**

                     -against-

331 TRIBECA CLEANERS, INC. (d/b/a
GREENWICH CLEANERS), CHRIS LEE, and SKI
LEE,

                                          *Defendants,*

-------------------------------------------------------------------X

## JUDGMENT

On March 5, 2026, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, Reyes Diaz Santos and Angelica Miranda Mateo, have judgment against Defendants 331 Tribeca Cleaners, Inc. (d/b/a Greenwich Cleaners), Chris Lee and Ski Lee, jointly and severally, in the amount of One Hundred Sixty Thousand Dollars and Zero Cents ($160,000.00), which is inclusive of attorneys' fees and costs.

_____

J. PAUL OETKEN
United States District Judge

So ordered.

The Clerk of Court is
directed to close the case.

Date: March 9, 2026